## EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEGGY SAMUEL on behalf of herself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 1:19-cv-10487-RWZ |
| v. | : : | |
| ADROIT HEALTH GROUP LLC and NATIONAL HEALTH AGENTS, LLC | : : : | |
| Defendants. | : : : : / | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), undersigned counsel for the parties hereby stipulate and agree that all claims, counterclaims and crossclaims in the above-captioned case re hereby dismissed, with prejudice, without costs, without fees, and with all rights of appeal hereby waived.

Dated: June 12, 2020

**Defendant National Health Agents, LLC**                      **Plaintiff Peggy Samuel**

*/s/ Meghan Fitzgerald*                                        /s/ *Anthony Paronich*
Nicholas B. Kosiavelon, Esq.                                   Paronich Law, P.C.
Email: nkosiavelon@boyleshaughnessy.com                        350 Lincoln St., Suite 2400
Megan E. Fitzgerald, Esq.                                      Hingham, MA 02043
mfitzgerald@boyleshaughnessy.com                               (508) 221-1510
Boyle | Shaughnessy Law, P.C.                                  anthony@paronichlaw.com
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775

**Defendant Adroit Health Group LLC**

*/s/ Shepard Davidson*
Shepard Davidson (BBO #557082)
sdavidson@burnslev.com
Sara Decatur Judge (BBO #669104)
sjudge@burnslev.com
Laura Lee Mittelman (BBO #689752)
lmittelman@burnslev.com
Burns & Levinson LLP
125 High Street
Boston, MA 02110
617-345-3000

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF System which will send notification of such filing to all

counsel and parties of record.

/s/ *Laura Lee Mittelman*